AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

<u>  SOUTHERN  </u> DISTRICT OF <u>  TEXAS  </u>
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAR 25 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Cesar Salvador Sandoval**      PRINCIPAL
                    YOB:   1982
**United States**

## CRIMINAL COMPLAINT

Case Number:

M-19- 0675 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>  March 21, 2019  </u> in <u>  Hidalgo  </u> County, in the <u>  Southern  </u> District of <u>  Texas  </u> defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Cornelio Mejia-Mondragon, a citizen of Mexico, and Roger Gustavo Raudales-Banegas, a citizen, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Cuevitas, Texas to the point of arrest near Sullivan City, Texas,**

in violation of Title <u>  8  </u> United States Code, Section(s) <u>  1324(a)(1)(A)(ii)      FELONY  </u>
I further state that I am a(n) <u>**U.S. Senior Border Patrol Agent**</u> and that this complaint is based on the following facts:

On March 21, 2019, the Department of Public Transportation (DPS) conducted a vehicle stop and requested assistance from Border Patrol. Agents responded and made contact with a DPS Trooper.

The DPS Trooper informed agents he conducted a vehicle stop on a red Chevrolet Silverado for running a stop sign. After approaching the pick up truck, the Trooper explained he discovered six subjects laying down in the bed of the truck, some on top of each other. The Trooper also identified the driver as Cesar Salvador Sandoval Jr.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on March 23, 2019.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/S/ Julio C. Peña
Signature of Complainant

Julio C. Peña      Senior Patrol Agent
Printed Name of Complainant

**March 23, 2019**      12:25 p.m.              at   **McAllen, Texas**
Date                                                 City and State

**Peter E. Ormsby**      , U. S. Magistrate Judge
Name and Title of Judicial Officer

*Pete E Ormsby*
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-19-0675-M

**RE:** Cesar Salvador Sandoval

**CONTINUATION:**

Agents conducted an immigration inspection and determined the six subjects in the bed of the pickup truck were all undocumented aliens. Cesar Salvador Sandoval was determined to be a United States Citizen.

All the subjects were transported to the Rio Grande City Border Patrol Station for processing.

**Principal Statement**

Cesar Salvador Sandoval Jr. was read his Miranda Rights. He understood his rights and provided a sworn statement.

Sandoval stated a relative offered him the job and he accepted. Sandoval needed to pick up the undocumented aliens and he would receive $60 for each person. After picking up the people, Sandoval was transporting them to his relative's house.

**Material Witnesses**

Cornelio Mejia-Mondragon and Roger Raudales-Banegas were read their Miranda Rights. Both understood their rights and each provided a sworn statement.

Mejia, a citizen of Mexico, stated his brother made the smuggling arrangements for $6,000 USD. According to Mejia, he crossed into the United States on a raft with two other people. Before crossing, Mejia was described landmarks and given directions on where to go. According to Mejia, they were sent without a foot guide. While making their way, they encountered and joined together with three other subjects in the brush. Mejia claimed he was also being guided over the phone. Mejia was told that a red pickup truck was going to pick them up. Mejia then waited until the truck showed up and they all boarded.

Mejia identified Sandoval, through a photo lineup, as the driver of the pickup truck.

Raudales, a citizen of Honduras, stated he crossed into the United States on a raft with two other persons. Raudales claimed they used a white blimp in the sky as a guide. Raudales was also given directions and the rafter told them a red pickup truck would be picking them up. According to Raudales, they were hiding when they encountered three more persons. Raudales was told by someone in the group to come out because the truck arrived. Raudales remembers that the driver told them to get on fast and board in the back of the truck bed.

Raudales identified Sandoval, through a photo lineup, as the driver of the pickup truck.